## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005, a copy of the foregoing was sent electronically and by first-class mail, postage prepaid to:

> David M. Lockman
> MAGINOT MOORE & BECK
> 111 Monument Circle, #3000
> Indianapolis, IN 46204-5115
> dmlockman@maginot.com
>
> Kenneth W. Brothers
> DICKSTEIN SHAPIRO MORIN OSHINSKY LLP
> 2101 L. Street NW
> Washington, DC 20037-1526
> borthersk@dsmo.com

and by first-class mail, postage prepaid to:

> Bank of America
> c/o
> The Corporation Trust Company
> 1209 Orange Street
> Wilmington, DE 19801

_____
Michael G. Busenkell

478339