IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS M. JENNINGS, ) | |
| ) | |
| Plaintiff, ) | MISC. ACTION NO. 05-0160 SLR |
| ) | |
| v. ) | |
| ) | **Pending in the U.S. Dist. Court** |
| AUTO METER PRODUCTS, INC., ) | **for the Southern District of Indiana** |
| GAUGE WORKS LLC, and ) | **Indianapolis Division** |
| GREGORY DAY, ) | |
| ) | **FILED UNDER SEAL:** |
| Defendants. ) | **CONTAINS CONFIDENTIAL** |
| | **INFORMATION** |

### JENNINGS' RESPONSE TO GAUGE WORKS' AND
### GREG DAY'S MOTION TO QUASH SUBPOENA SERVED ON BANK OF AMERICA

Melanie K. Sharp (No. 2501)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681 (telephone)
msharp@ycst.com

OF COUNSEL:
David M. Lockman, Esquire
MAGINOT, MOORE & BECK, LLP
111 Monument Circle, Suite 3000
Indianapolis, IN 42204-5115
(317) 638-2922
*Attorneys for Plaintiff Douglas M. Jennings*

Dated: August 25, 2005

**THIS ENVELOPE CONTAINS CONFIDENTIAL INFORMATION AND SHOULD NOT BE OPENED NOR ITS CONTENTS DISCLOSE, REVEALED, OR MADE PUBLIC EXCEPT BY ORDER OF THE COURT OR AGREEMENT OF THE PARTIES.**

## CERTIFICATE OF SERVICE

I, Melanie K. Sharp, hereby certify that on August 25, 2005, copies of the foregoing **Jennings' Response To Gauge Works' And Greg Day's Motion To Quash Subpoena Served On Bank Of America** were served upon the following counsel of record in the manner indicated below:

### BY HAND DELIVERY

Donna L. Culver
Michael G. Busenkill
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N Market Street
Wilmington, DE 19899

### BY E-MAIL (PDF) AND FIRST CLASS MAIL

Daniel T. Trachtman
WOODEN & MCLAUGHLIN, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
(317) 639-6151

Bryan D. Wright
WILLIAMS MULLEN
401 E Market Street, Suite 101
Charlottesville, VA 22901
(434) 951-5718

_/s/ Melanie K. Sharp_
Melanie K. Sharp (No. 2501)