IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS M. JENNINGS, <br><br> Plaintiff, <br><br> v. <br><br> AUTO METER PRODUCTS, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) MISC. ACTION NO. 1:05-mc-00160 (SLR) <br> ) <br> ) *Related to Civil Action No.* <br> ) 1:04-cv-1862-RLY-WTL <br> ) <br> ) *Pending in the U.S. District Court* <br> ) *for the Southern District of Indiana* <br> ) *(Indianapolis Division)* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL REGARDING GAUGE WORKS, LLC AND GREGORY DAY'S MOTION TO QUASH SUBPOENA (D.I. 1)**

PLEASE TAKE NOTICE THAT the **Guage Works, LLC And Gregory Day's Motion To Quash Subpoena** (D.I. 1) filed with the Court on August 11, 2005, is hereby withdrawn without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Michael G. Busenkell
Donna L. Culver (No. 2983)
Michael G. Busenkell (No. 3933)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
(302) 658-3989 – fax

Counsel to: GAUGE WORKS, LLC and GREGORY DAY

OF COUNSEL:

Daniel T. Trachtman
WOODEN & MCLAUGHLIN, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
(317) 639-6151
(317) 639-6444 - fax

Bryan D. Wright
WILLIAMS MULLEN
A Professional Corporation
401 E. market Street, Suite 101
Charlottesville, VA 22902
(434) 951-5718
(434) 817-0790- fax

D. Kyle Deak
WILLIAMS MULLEN
A Professional Corporation
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia  23218-1320
(804) 643-1991
(804) 783-6507 - fax


Dated:  September 6, 2005